IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KATHY J. SCHMITZ,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

v.

                                            Case No. 16-cv-371-jdp

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kathy J. Schmitz remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| s/ V. Olmo, Deputy Clerk | 2/15/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |